Christopher R. Hogle (USB #7223)
*Admitted pro hac vice*
HOLLAND & HART LLP
222 S. Main St., Ste. 2200
Salt Lake City, UT  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
crhogle@hollandhart.com

Murray D. Feldman (ISB #4097)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 W. Main St., Ste. 1750
Boise, ID  83701
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
mfeldman@hollandhart.com
ccmccurdy@hollandhart.com

*Counsel for Defendant Bunker Hill Mining Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRESCENT MINE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BUNKER HILL MINING CORPORATION; and PLACER MINING CORPORATION (d/b/a New Bunker Hill Mining Co.),<br><br>    Defendants. | Case No.  2:21-cv-00310-DCN<br><br>**MOTION TO AMEND ANSWER TO CRESCENT MINE, LLC'S SECOND AMENDED COMPLAINT AND CRESCENT MINE, LLC'S COUNTERCLAIM** |

Defendant Bunker Hill Mining Corporation hereby moves this Court pursuant to Federal Rules of Civil Procedure 15 and 16(b) for leave to file an Amended Answer to Crescent Mine, LLC's Second Amended Complaint [Dkt. 51] in Case No. 2:21-cv-00310-DCN and to amend its Answer to Crescent Mine, LLC's Counterclaim [Dkt. 39] in Case No. 2:21-cv-00209-DCN to

assert an additional affirmative defense.  Clean and redlined copies of the proposed amended answers are attached as **Exhibits A-D**.  This motion is supported by the Memorandum filed herewith, and the pleadings on file in this matter.

DATED this 15th day of July, 2024.

                                        HOLLAND & HART LLP

                                        By:  /s/  Christopher R. Hogle
                                              Christopher R. Hogle
                                              Murray D. Feldman
                                              Christopher C. McCurdy

                                        *Attorneys for Defendant Bunker Hill Mining Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of July, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Wade C. Foster | wade.foster@stoel.com |
| Maren R. Norton | maren.norton@stoel.com |
| Sean T. James | sean.james@stoel.com |
| James T. Graves | james@gravesenvirolaw.com |
| Preston Carter | prestoncarter@givenspursley.com |

*/s/ Christopher C. McCurdy*
Christopher C. McCurdy of Holland & Hart LLP

32250985_v1

MOTION TO AMEND ANSWER TO CRESCENT MINE, LLC'S SECOND AMENDED COMPLAINT AND CRESCENT MINE, LLC'S COUNTERCLAIM - 3