Christopher R. Hogle (USB #7223)
*Admitted pro hac vice*
HOLLAND & HART LLP
222 S. Main St., Ste. 2200
Salt Lake City, UT  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
crhogle@hollandhart.com

Murray D. Feldman (ISB #4097)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 W. Main St., Ste. 1750
Boise, ID  83701
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
mfeldman@hollandhart.com
ccmccurdy@hollandhart.com

*Counsel for Defendant Bunker Hill Mining Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| CRESCENT MINE, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>BUNKER HILL MINING CORPORATION;<br>and PLACER MINING CORPORATION<br>(d/b/a New Bunker Hill Mining Co.),<br><br>  Defendants. | Case No.  2:21-cv-00310-DCN<br><br>**STIPULATED MOTION TO**<br>**AMEND SCHEDULING ORDER**<br>**(DKT. 98)** |

The Parties, by and through their respective counsel of record, stipulate and request that the April 2, 2024 Order Granting Stipulated Motion to Amend Scheduling Order [Dkt. 98] ("Order") be amended with the changes outlined below.  Specifically, the Parties seek an extension of the expert discovery deadline from August 23, 2024 to September 19, 2024, and

STIPULATED MOTION TO AMEND SCHEDULING ORDER (DKT. 98) - 1

corresponding 27-day extensions of the follow-on dates, to allow for depositions of the Parties' respective expert witnesses.

Good cause exists for the requested extensions to allow necessary time for expert depositions. The Parties have worked diligently to coordinate deposition schedules for the experts witnesses and counsel. The task was challenging due to the number of experts—12 total—and their and counsel's availability. Consequently, the Parties are simply unable to complete expert depositions by the current August 23, 2024 deadline. The requested extension of the expert discovery deadline will allow the Parties to complete those depositions.

The Parties therefore respectfully request that this Court grant this motion and enter an amended scheduling order as set forth below:

- <u>All Expert Discovery Completed</u>: September 19, 2024
- <u>Alternative Dispute Resolution Plan</u>: November 14, 2024
- <u>Dispositive Motion Deadline</u>: December 2, 2024

A proposed order is filed herewith.

DATED this 8th day of August, 2024.

HOLLAND & HART LLP

By: <u>/s/Christopher C. McCurdy</u>
Christopher R. Hogle
Murray D. Feldman
Christopher C. McCurdy

*Attorneys for Defendant Bunker Hill Mining Corporation*

DATED this 8th day of August, 2024.

                                      STOEL RIVES LLP

                                      By:  */s/Wade C. Foster*
                                              Wade C. Foster

                                              Maren R. Norton, admitted pro hac vice
                                              James T. Graves, admitted pro hac vice
                                              600 University Street, Suite 3600
                                              Seattle, WA 98101

                                      *Attorneys for the Crescent Parties*

DATED this 8 day of August, 2024.

                                      GIVENS PURSLEY LLP

                                      By:  */s/Preston N. Carter*
                                              Preston N. Carter

                                              Morgan D. Goodin
                                              GIVENS PURSLEY LLP
                                              601 West Bannock Street
                                              Post Office Box 2720
                                              Boise, Idaho 83701-2720

                                      *Attorneys for Placer Mining Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of August, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Wade C. Foster | wade.foster@stoel.com |
| Maren R. Norton | maren.norton@stoel.com |
| James T. Graves | james@gravesenvirolaw.com |
| Preston Carter | prestoncarter@givenspursley.com |

I FURTHER CERTIFY that on the 8th day of August, 2024, I served the foregoing via electronic mail to the following.

| | |
|---|---|
| Sean T. James | sean.james@stoel.com |

/s/Christopher C. McCurdy
Christopher C. McCurdy for Holland & Hart LLP

32543255_v1