IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRESCENT MINE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BUNKER HILL MINING CORPORATION and PLACER MINING CORPORATION (d/b/a New Bunker Hill Mining Co.),<br><br>    Defendants. | Case No. 2:21-cv-00310-DCN<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

Before the Court is the parties' Stipulated Motion to Amend Scheduling Order filed on August 8, 2024 (Dkt. 103) ("Stipulated Motion"). No hearing being necessary, the Court finds good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulated Motion (Dkt. 103) is **GRANTED**;

2. The Court's Scheduling Order dated April 2, 2024 (Dkt. 98) is hereby amended as follows:

    a. <u>All Expert Discovery Completed</u>: **September 19, 2024**

    b. <u>Alternative Dispute Resolution Plan</u>: **November 14, 2024**

    c. <u>Dispositive Motion Deadline</u>: **December 2, 2024**

DATED: August 9, 2024

_____
David C. Nye
Chief U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER - 1