Preston N. Carter, ISB No. 8462
Morgan D. Goodin, ISB No. 11184
Megann E. Meier, ISB No. 11948
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701-2720
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
prestoncarter@givenspursley.com
morgangoodin@givenspursley.com
mem@givenspursley.com
18559247.2  [16454.1]

*Attorneys for Defendant Placer Mining Corporation*

IN THE DISTRICT UNITED DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CRESCENT MINE, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>BUNKER HILL MINING CORPORATION; AND PLACER MINING CORPORATION (d/b/a New Bunker Hill Mining Co.),<br><br>　　　Defendants. | Case No. 2:21-cv-00310-DCN<br><br>PLACER MINING CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON CRESCENT MINE, LLC'S CLAIMS |

　　　Pursuant to Federal Rule of Civil Procedure 56, Placer Mining Corporation (Placer) moves this Court, for summary judgment on all counts set forth in the Second Amended Complaint (Dkt. 51). This Motion is made on the grounds and reasons set forth in Placer's Memorandum in Support of Motion for Summary Judgment; the Declaration of Preston N. Carter in Support of Placer's Motion for Summary Judgment; and Placer's Separate

Statement of Undisputed Facts; as well as all the pleadings, records, and other documents filed in this case.

Dated: December 2, 2024

                                                                     GIVENS PURSLEY LLP

                                                                       By  */s/ Preston N. Carter*
                                                                            Preston N. Carter
                                                                            Morgan D. Goodin
                                                                            Attorneys for Placer Mining Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2024, a true and correct copy of the foregoing document was served by the method indicated below upon the following party(ies):

Murray D. Feldman                               MFeldman@hollandhart.com
Christopher C. McCurdy                          ccmccurdy@hollandhart.com
Holland & Hart LLP
800 W. Main St., Ste. 1750
Boise, ID 83701
*Attorneys for Bunker Hill Mining Corporation*

Christopher R. Hogle (Admitted pro hac vice)    crhogle@hollandhart.com
Sarah M. Perkins (Admitted pro hac vice)        smperkins@hollandhart.com
Holland & Hart LLP
222 S. Main St., Ste. 2200
Salt Lake City, UT 84101
*Attorneys for Bunker Hill Mining Corporation*

Wade C. Foster                                  wade.foster@stoel.com
Stoel Rives LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
*Attorneys for Crescent Mine, LLC*

Maren R. Norton (Admitted pro hac vice)         maren.norton@stoel.com
Sean T. James (Admitted pro hac vice)           sean.james@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
*Attorneys for Crescent Mine, LLC*

James T. Graves (Admitted pro hac vice)         james@gravesenvirolaw.com
Graves Environmental Law PLLC
4736 NE 187th Place
Lake Forest Park, WA 98155
*Attorneys for Crescent Mine, LLC*

                                                          */s/ Preston N. Carter*
                                                         Preston N. Carter