Hich Wade C. Foster, ISB No. 11105
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040
*wade.foster@stoel.com*

Maren R. Norton, admitted *pro hac vice*
Sean T. James, admitted *pro hac vice*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
*maren.norton@stoel.com*
*sean.james@stoel.com*

Attorneys for Plaintiff

James T. Graves, admitted *pro hac vice*
GRAVES ENVIRONMENTAL
LAW PLLC
4736 NE 187th Place
Lake Forest Park, WA 98155
Telephone: (206) 889-2330
*james@gravesenvirolaw.com*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **CRESCENT MINE, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNKER HILL MINING CORPORATION; PLACER MINING CORPORATION,** (d/b/a New Bunker Hill Mining Co.)**,**<br><br>Defendants. | Case No. 2:21-cv-00310-DCN<br><br><br>**DECLARATION OF MAREN R. NORTON IN SUPPORT OF CRESCENT PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Maren R. Norton, declare as follows:

1.       I am a Partner at Stoel Rives, LLP and an attorney of record for Plaintiff Crescent Mine, LLC, and Counterclaim Defendants Crescent Silver, LLC, and Syringa Exploration, Inc., (collectively, "Crescent") in this action. As such, I have personal knowledge of the facts and statements contained in this declaration. I am competent to testify to these matters. I submit this

Declaration in support of Crescent's Motion for Partial Summary Judgment.

2.      Attached as **Exhibit A** is a true and correct copy of a technical memorandum prepared by CH2M Hill for the U.S. Environmental Protection Agency (EPA) dated July 26, 2000 with the title "Potential for Lime and Sludge Reduction by Bunker Hill Mine Water Mitigation Measures," which was produced in discovery by Bunker Hill Mining Corporation ("BHMC").

3.      Attached as **Exhibit B** is a true and correct copy of a report released by the Idaho Bureau of Mines and Geology dated December 1975 with the title "Sources and Causes of Acid Mine Drainage," which was produced in discovery by BHMC.

4.      Attached as **Exhibit C** is a true and correct copy of a technical memorandum prepared CH2M Hill for EPA dated July 28, 1999, with the title "AMD Collection, Conveyance, and Storage—Bunker Hill Mine Water Presumptive Remedy," which was produced in discovery by BHMC.

5.      Attached as **Exhibit D** are true and correct copies of excerpts from a report prepared by CH2M Hill for EPA dated April 2001 with the title "Bunker Hill Mine Water Management Remedial Investigation/Feasibility Study," which was produced in discovery by BHMC.

6.      Attached as **Exhibit E** is a true and correct copy of an order issued by EPA in CERCLA proceedings involving the Bunker Hill Mine, EPA Docket No. 1091-09-15-106, dated September 27, 1991, and titled "Administrative Unilateral Order for Immediate Response Actions at the Bunker Hill Complex at the Bunker Hill Superfund Site," which was produced in discovery by BHMC.

7.      Attached as **Exhibit F** are true and correct copies of excerpts from a Record of Decision issued by the EPA dated September 1992 and titled "Record of Decision Bunker Hill

Mining and Metallurgical Complex, Shoshone County, Idaho," which was produced in discovery by BHMC from the files of expert witness Richard White.

8.      Attached as **Exhibit G** is a true and correct copy of an April 28, 1992, Warranty Deed between Bunker Hill Mining Company and Placer Mining Corporation, which was produced in discovery by BHMC.

9.      Attached as **Exhibit H** are true and correct copies of excerpts of the Placer Mining Corporation FRCP 30(b)(6) deposition, dated February 26, 2024.

10.     Attached as **Exhibit I** is a true and correct copy of an order issued by the EPA in CERCLA proceedings involving the Bunker Hill Mine, Placer Mining Company, and Robert Hopper, EPA Docket No. 10-94-0223-CERCLA, dated November 1, 1994, and titled "Unilateral Administrative Order for Interim Remedial Action," which was produced in discovery by Placer.

11.     Attached as **Exhibit J** is a true and correct copy of a July 8, 2024, expert report prepared by BHMC and Placer's expert witness Kym L. Morton.

12.     Attached as **Exhibit K** are true and correct copies of excerpts of the deposition of James Stefanoff, dated April 22, 2024.

13.     Attached as **Exhibit L** are true and correct copies of excerpts of the deposition of Craig Durick March 4, 2024.

14.     Attached as **Exhibit M** is a true and correct copy of a 2001 Consent Decree, including the exhibits thereto, entered in *Royal Silver Mines, Inc. v. Fausett International, Inc.*, Case 3:98-cv-00251-EJL (D. Idaho), resolving litigation between the lessee of the Crescent Mine, the owner of the Crescent Mine, the United States, and Shoshone County regarding their respective interests, which was produced in discovery by BHMC from the files of expert witness

Richard White.

15.     Attached as __Exhibit N__ is a true and correct copy of a report prepared by Mining Engineer Lisa A. Carney and Geologist Robert L. Meyer for the Pintlar Corporation, dated November 1991, and titled "The Bunker Hill and Crescent Mines History, Present Conditions and Possible Future Consequences and Actions," which was produced in discovery by Crescent.

16.     Attached as __Exhibit O__ are true and correct copies of excerpts of the May 13, 2024, deposition of Lisa Sala, dated May 13, 2024.

17.     Attached as __Exhibit P__ is a true and correct copy of excerpts from an Excel file with data on water levels in the Bunker Hill Mine for the period January 31. 2023 to May 20, 2024, which was produced in discovery by BHMC with bates number BHMC_075557.

18.     Attached as __Exhibit Q__ is a true and correct copy of the First Amended Complaint filed by the United States at the request of EPA on March 19, 2004, in the matter of *United States vs. Placer Mining Corp. and Robert Hopper*, case number 4-126-N-EJL (D. Idaho), which was produced in discovery by BHMC.

19.     Attached as __Exhibit R__ is a true and correct copy of the Settlement Agreement and Order on Consent for Response Action by Bunker Hill Mining Corp., dated May 14, 2018, and entered in the matter of *Bunker Hill Superfund Site, Kellogg, Idaho*, CERCLA Docket No. I: 0-2017-0123, which was produced in discovery by BHMC.

20.     Attached as __Exhibit S__ is a true and correct copy of the December 15, 2021, Purchase and Sale Agreement between sellers Placer Mining Corporation and William and Shirley Pangburn and buyer Silver Valley Metals Corp., which was produced in discovery by BHMC.

22.     Attached as __Exhibit T__ is a true and correct copy of a March 11, 2021, email

message from Brad Barnett of BHMC to Ed Moreen of the EPA, which was produced in discovery by BHMC.

23.     Attached as **Exhibit U** is a true and correct copy of a February 3, 2021, letter, which was produced in discovery by BHMC.

24.     Attached as **Exhibit V** is a true and correct copy of a March 3, 2021, email message from Brad Barnett to Richard Williams with an attached February 26, 2021, report titled "Evaluation of Crescent Mine Flow to the Bunker Hill Mine via the Yreka Crosscut," which was produced in discovery by BHMC.

25.     Attached as **Exhibit W** is a true and correct copy of a redacted email thread containing email messages between David Wiens, Wayne Parsons, Bradley Barnett and Richard Williams from February 3, 2021, which was produced in discovery by BHMC.

26.     Attached as **Exhibit X** is a true and correct copy of a February 2021 email thread containing a message from Professor Jerry P. Fairley, PhD, of the University of Idaho to Bradley Barnett dated February 22, 2021, which was produced in discovery by BHMC.

27.     Attached as **Exhibit Y** is a true and correct copy of an April 2, 2021, email thread containing messages between Richard Williams, Brad Barnett and expert witness Dr. Kym L. Morton, which was produced in discovery by BHMC.

28.     Attached as **Exhibit Z** is a true and correct copy of an email message dated May 3, 2021, from Sam Ash of Bunker Hill to Roger Gross of Crescent, which was produced in discovery by Crescent.  The attachment to the email has been omitted because it was labeled as an ER 408 communication.

29.     Attached as **Exhibit AA** is a true and correct copy of excerpts from the June 7, 2024, report of BHMC expert witness Richard White.

DECLARATION OF MAREN R. NORTON IN SUPPORT OF CRESCENT PARTIES'
MOTION FOR PARTIAL SUMMARY JUDGMENT - 5

30.     Attached as **Exhibit BB** is a true and correct copy of a report dated November 6, 1969, with the title "The Crescent Mine Cooling System," which was produced in discovery by Crescent.

30.     Attached as **Exhibit CC** is a true and correct copy a report prepared by E.H. Skinner, C.H. Miller and P.H. Schipke for the Spokane Mining Research Center of the U.S. Bureau of Mines, dated December 1975 with the title "Intensity of Fracturing in Quartzite Around the 3700-Level of the Crescent Mine, Coeur D'Alene Mining District, Idaho," which was produced in discovery by Crescent.

31.     Attached as **Exhibit DD** is a true and correct copy of the October 27, 2020, Affidavit of Jack Swanson.

32.     Attached as **Exhibit EE** is a true and correct copy of the September 16, 2020, Affidavit of Harold Fischer.

33.     Attached as **Exhibit FF** is a true and correct copy of the December 20, 2023, Affidavit of Paul Sala.

34.     Attached as **Exhibit GG** are true and correct copies of excerpts of the deposition of Paul Sala, dated May 13, 2024.

35.     Attached as **Exhibit HH** are true and correct copies of excerpts of the deposition of Harold Fischer, dated May 7, 2024.

36.     Attached as **Exhibit II** is a true and correct copy of the United States' Responses to Defendants First Set of Interrogatories and Requests for Production in the matter of *United States vs. Placer Mining Corp. and Robert Hopper*, case number 4-126-N-EJL (D. Idaho), which was produced in discovery by BHMC.

37.     Attached as **Exhibit JJ** are true and correct copies of excerpts from an Excel file,

with data on water levels in the Crescent mine for the period September 14, 2023, to May 30, 2024, which was produced in discovery by Crescent with bates number CRES_00071186.

38.     Attached as **Exhibit KK** is a true and correct copy of an article from Volume 16 of the publication *Engineering Geology*, dated March 5, 1980, and titled "The Nature of Fracturing and Stress Distribution in Quartzite around the 1128-M (3700 foot) Level of the Crescent Mine, Coeur D'Alene Mining District, Idaho," which was produced in discovery by BHMC.

39.     Attached as **Exhibit LL** is a true and correct copy of a press release from Bunker Hill Mining Company dated January 10, 2022, with the headline "Bunker Hill Announces Closing of Mine Purchase and $8 Million Convertible Royalty Debenture," which was produced in discovery by BHMC.

40.     Attached as **Exhibit MM** are true and correct copies of excerpts from a document filed on December 17, 1999, in the matter of *Royal Silver Mines v. Fausett Intl, Inc., et al*, District of Idaho case number 3:98-cv-00251-EJL, docket number 54, and consisting of pages from the transcript of the December 11, 1999 deposition of Robert E. Jorgensen. This document was downloaded from the Public Access to Court Electronic Records (PACER) website at https://pacer.uscourts.gov/.

41.     Attached as **Exhibit NN** are true and correct copies of excerpts of the deposition of Paul Rosasco, dated August 23, 2024.

42.     Attached as **Exhibit OO** is a true and correct copy of a June 7, 2024, expert report prepared by Crescent's expert witness, Paul Rosasco. Personally identifiable information of Arthur Swanson included with his affidavit, attached to Mr. Rosasco's Report as Exhibit 2, has been redacted pursuant to Local Civil Rule 5.5.

43.     Attached as **Exhibit PP** is a true and correct copy of an August 2, 2024, rebuttal

report prepared by Crescent's expert witness, Paul Rosasco.

44.     Attached as **Exhibit QQ** are true and correct copies of excerpts of the due diligence report by J. Stacey, PE, for Royal Silver Mines, dated October 10, 1996, which was produced in discovery by BHMC.

45.     Attached as **Exhibit RR** is a true and correct copy of a January 15, 2020, letter from Sam Ash and BHMC to Crescent Silver, LLC, titled "Bunker Hill Mining Corp. – Updated Non-Binding Proposal for Purchase of Crescent Silver, LLC," which was produced in discovery by BHMC.

46.     Attached as **Exhibit SS** are true and correct copies of excerpts of the deposition of Geoff Beale, dated August 27, 2024.

47.     Attached as **Exhibit TT** is a true and correct copy of a June 7, 2024, expert report prepared by Crescent's expert witness, Geoff Beale.

48.     Attached as **Exhibit UU** is a true and correct copy of an August 2, 2024, responsive report prepared by Crescent's expert witness, Geoff Beale.

49.     Attached as **Exhibit VV** are true and correct copies of excerpts of the deposition of Kym Morton, dated August 16, 2024.

50.     Attached as **Exhibit WW** are true and correct copies of excerpts from the June 7, 2024, expert report prepared by BHMC and Placer's expert witness Kym L. Morton.

51.     Attached as **Exhibit XX** are true and correct copies of excerpts from the Consent Decree filed in *United States v. Placer Mining Company, inc., et al.,* Case No. 2:04-cv-00126 on March 12, 2018, as docket number 82-1, which was produced in discovery by BHMC.

52.   Attached as **<u>Exhibit YY</u>** is a true and correct copy of correspondence between Sam Ash and Roger Gross, dated March 11, 2021, which was produced in discovery by the Crescent Parties.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct.

DATED this 2nd day of December, 2024.

*/s/Maren Norton*
Maren R. Norton, admitted *pro hac vice*
