Wade C. Foster, ISB No. 11105
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040
wade.foster@stoel.com

Maren R. Norton, admitted *pro hac vice*
Sean T. James, admitted *pro hac vice*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
maren.norton@stoel.com
sean.james@stoel.com

James T. Graves, admitted *pro hac vice*
GRAVES ENVIRONMENTAL
LAW PLLC
4736 NE 187th Place
Lake Forest Park, WA 98155
Telephone: (206) 889-2330
james@gravesenvirolaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRESCENT MINE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUNKER HILL MINING CORPORATION; PLACER MINING CORPORATION, (d/b/a New Bunker Hill Mining Co.), <br><br> Defendants. | Case No. 2:21-cv-00310-DCN <br><br> **DECLARATION OF ROGER GROSS IN SUPPORT OF CRESCENT PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Roger Gross, state and declare as follows:

1. I have personal knowledge of and am competent to testify to the matters stated herein.

## A. Crescent Entities

2. I am the President and CEO of Crescent Silver, LLC., Syringa Exploration, Inc., and Crescent Mine, LLC. Crescent Silver, LLC owns 100 percent of Syringa Exploration, Inc.,

DECLARATION OF ROGER GROSS IN SUPPORT OF CRESCENT PARTIES' MOTION
FOR PARTIAL SUMMARY JUDGMENT - 1
127047262.1 0065623-00004

which owns 80 percent of Crescent Mine, LLC. The other 20 percent of Crescent Mine, LLC is owned by two LLCs (HUSC II, LLC and HUSC Sub, LLC), which are wholly-owned subsidiaries of Hale Capital Partners, L.P., a Delaware Limited Partnership. Crescent Silver, LLC is also a wholly-owned subsidiary of Hale Capital Partners, L.P.

3. I was appointed President and Chief Executive Officer of Crescent Silver on May 15, 2014. Crescent Silver is the entity that is vested with the authority to operate the Crescent Mine. Specifically, Crescent Silver manages and pays all the employees that work at the Crescent Mine and is responsible for its day-to-day operations and management. Crescent Silver is also responsible for entering into all contracts on behalf of Crescent Mine, LLC. In short, costs associated with the Crescent Mine and attributable to its title owner, Crescent Mine, LLC are costs that its parent company, Crescent Silver, pays.

4. The real property at the Crescent Mine, in turn, is wholly owned by Crescent Mine, LLC. In other words, Crescent Mine, LLC owns all physical assets associated with the Mine including the land, the equipment, the mineral rights, and patented claims. Crescent Mine, LLC has no employees.

5. None of the Crescent Parties have ever had an ownership interest in, or operational control over, the Bunker Hill Mine.

B. **Response Costs Incurred Due to Releases and Disposals At and From the Bunker Hill Mine**

6. When I became the CEO of Crescent Silver in 2014, I became aware of the fact that the lower workings of the Crescent Mine were flooded with water. At that time the quality of the water in the lower Crescent Mine had not been evaluated

7. Between 2018 to present, Crescent Silver, on behalf of Crescent Mine has incurred significant costs to investigate and evaluate the hazardous substances located in the

DECLARATION OF ROGER GROSS IN SUPPORT OF CRESCENT PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
127047262.1 0065623-00004

lower Crescent Mine. Crescent's expert, Paul Rosasco, prepared a summary of the costs incurred prior to February 2024. Declaration of Maren R. Norton in Support of Crescent Parties' Motion for Partial Summary Judgment ("Norton Decl."), Ex. OO at Exhibit 1. I (with support from our office manager, Ann Sluka) provided Mr. Rosasco (through counsel) with the invoices and information about these costs. *See id,* Ex. OO at Exhibit 2. I have reviewed Mr. Rosasco's summary and it is a fair and accurate depiction of the costs incurred.

8. In 2018, I began investigating the flooded lower Crescent and how the water may have come to flood the Mine. In 2020, I conducted additional research into the history of the Crescent Mine, the connection between the Crescent Mine and the Bunker Hill Mine, and the history of flooding in both mines. This research was used to evaluate the sources and nature and extent of hazardous substances present in the lower Crescent Mine. The cost of employee time to investigate releases to the lower workings of the Crescent was over $1,000. *See id.*, Ex. OO at Exhibit 1.

9. This research, which continued in 2021 in the months leading up to this litigation, indicated that the Crescent Mine was flooded by contaminated water containing acid mine drainage and other hazardous substances that were released and disposed of at and from the Bunker Hill Mine in the 1990s, including when Placer diverted contaminated water entering the Bunker Hill Mine into its lower workings, instead of directing it to the Central Treatment Plant. My research based on historical reports and other sources indicated that this contaminated water flowed across the Yreka Crosscut into the lower Crescent Mine.

10. Due to the lack of information about the current quality of the water in the lower Crescent Mine, I retained Hart Crowser (later merged into Haley and Aldrich), a respected environmental sampling and analysis firm, to assist in evaluating the nature and extent of

contamination in the lower Crescent Mine. Haley and Aldrich prepared a Sampling and Analysis Plan, consistent with the National Contingency Plan, to guide the investigation and evaluation of the water in the lower Crescent Mine. Sampling the water in the lower Crescent Mine is ultimately necessary to any future efforts to dewater the Crescent Mine and remediate the flooding that occurred. For example, precise mine pool level readings and attributes of the chemical quality of the water may shed light on whether the Yreka Crosscut is still allowing water to pass through it, which is a crucial question to be answered in planning for eventual remediation of the contaminated flood water (which will need to be pumped out). Preparation of the Sampling and Analysis Plan cost $33,035. *See id.*

11. The only location in the Crescent Mine which allows access to the flooded lower workings is the Ellis Shaft. The mine pool level in the Crescent Mine is approximately 600 to 700 feet below the Hooper Tunnel within the Ellis Shaft. The Ellis Shaft can only be accessed via the Hooper Tunnel. In 2021, the Hooper Tunnel was blocked by a cave in. To allow access to the collar of the Ellis Shaft where equipment can be lowered into the shaft for water sampling, I directed that the Hooper Tunnel be rehabilitated and stabilized. Rehabilitation of the Hooper Tunnel cost $164,201. *See id.*

12. Once the Hooper Tunnel was stabilized, I directed that a cable and hoist be installed over the Ellis Shaft to allow for a camera to be sent down the shaft to visually observe the water level. Additionally, equipment was purchased to verify the water level and monitor and evaluate the conditions in the Ellis Shaft. This monitoring and evaluation cost $8,158.32 prior to February 2024. *See id.*

DECLARATION OF ROGER GROSS IN SUPPORT OF CRESCENT PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT - 4
127047262.1 0065623-00004

13. In total, Crescent Silver and Crescent Mine have incurred over $200,000 in costs to investigate and evaluate the hazardous substances that were released from the Bunker Hill Mine and are currently present in the flood water of the lower Crescent Mine. *See id.*

14. Furthermore, Crescent Silver LLC and Crescent Mine LLC have continued to incur additional costs since February of 2024, including but not limit to the costs related to beginning implementation of the Ellis Shaft SAP. Crescent Silver, LLC and Crescent Mine, LLC will continue incurring costs as they continue to respond to Bunker Hill Mine's hazardous substances releases.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

DATED this 2nd day of December 2024.

Roger Gross

DECLARATION OF ROGER GROSS IN SUPPORT OF CRESCENT PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT - 5
127047262.1 0065623-00004