Christopher R. Hogle (USB #7223)
*Admitted pro hac vice*
Sarah M. Perkins (USB #17297)
*Admitted pro hac vice*
HOLLAND & HART LLP
222 S. Main St., Ste. 2200
Salt Lake City, UT  84101
Telephone:  (801) 799-5800
crhogle@hollandhart.com
SMPerkins@hollandhart.com

Murray D. Feldman (ISB #4097)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 W. Main St., Ste. 1750
Boise, ID  83701
Telephone:  (208) 342-5000
mfeldman@hollandhart.com
ccmccurdy@hollandhart.com

*Counsel for Defendant, Counterclaimant, and Third-Party Plaintiff Bunker Hill Mining Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| CRESCENT MINE, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>BUNKER HILL MINING CORPORATION; and PLACER MINING CORPORATION (d/b/a New Bunker Hill Mining Co.),<br><br>     Defendants. | Case No.  2:21-cv-00310-DCN<br><br>**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

   The above captioned Parties, by and through their respective counsel of record, stipulate and request that the deadlines for responding to certain pending motions be amended consistent with the changes outlined below.  Specifically, the Parties seek additional time regarding the

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 1

response and reply deadlines for Placer Mining Corporation's Motion for Summary Judgment on Crescent Mine, LLC's Claims (Dkt. 108), Placer Mining Corporation's Motion to File Under Seal (Dkt. 109), Bunker Hill Mining Corporation's Motion for Summary Judgment on Crescent Mine, LLC's Claims (Dkt. 112), Bunker Hill Mining Corporation's Motion to File Documents Under Seal (Dkt. 113), Crescent Parties' Motion for Partial Summary Judgment, filed on December 2, 2024 (Dkt. 116), and Plaintiff Crescent Mine, LLC's Motion to Amend Second Amended Complaint (Dkt. 117) (collectively, the "Pending Motions").

Good cause exists for the requested extensions to allow necessary time to fully respond to the Pending Motions and to accommodate scheduling conflicts due to un-related work obligations and the upcoming holidays. Through this motion, the Parties are not seeking to amend any deadlines set forth in the Scheduling Order filed on August 8, 2024 or its subsequent amendments (*e.g.*, Dkt. 104).

The Parties therefore respectfully request that this Court grant this motion and enter an amended scheduling order as set forth below:

- <u>Responses to the Pending Motions will be due on January 10, 2025.</u>
- <u>Replies in support of Pending Motions will be due on February 7, 2025.</u>

A proposed order is filed herewith.

DATED this 12th day of December, 2024.

HOLLAND & HART LLP

By: /s/Christopher C. McCurdy
   Christopher R. Hogle
   Murray D. Feldman
   Christopher C. McCurdy

*Attorneys for Defendant Bunker Hill Mining Corporation*

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 2

DATED this 12th day of December, 2024.

            STOEL RIVES LLP

            By: */s/Wade C. Foster*
               Wade C. Foster

               Maren R. Norton, admitted pro hac vice
               James T. Graves, admitted pro hac vice
               600 University Street, Suite 3600
               Seattle, WA 98101

            *Attorneys for the Crescent Parties*

DATED this 12th day of December, 2024.

            GIVENS PURSLEY LLP

            By: */s/Preston N. Carter*
               Preston N. Carter

               Morgan D. Goodin
               GIVENS PURSLEY LLP
               601 West Bannock Street
               Post Office Box 2720
               Boise, Idaho 83701-2720

            *Attorneys for Placer Mining Corporation*

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Wade C. Foster | wade.foster@stoel.com |
| Maren R. Norton | maren.norton@stoel.com |
| James T. Graves | james@gravesenvirolaw.com |
| Preston Carter | prestoncarter@givenspursley.com |

I FURTHER CERTIFY that on the 12th day of December, 2024, I served the foregoing via electronic mail to the following.

| | |
|---|---|
| Sean T. James | sean.james@stoel.com |

*/s/Christopher C. McCurdy*
Christopher C. McCurdy for Holland & Hart LLP

33830814_v1

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 4