Christopher R. Hogle (USB #7223)
Admitted pro hac vice
Sarah M. Perkins (USB #17297)
Admitted pro hac vice
HOLLAND & HART LLP
222 S. Main St., Ste. 2200
Salt Lake City, UT  84101
Telephone:  (801) 799-5800
CRHogle@hollandhart.com
SMPerkins@hollandhart.com

Murray D. Feldman (ISB #4097)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 W. Main St., Ste. 1750
Boise, ID  83701
Telephone:  (208) 342-5000
mfeldman@hollandhart.com
ccmccurdy@hollandhart.com

Preston N. Carter, ISB No. 8462
Morgan D. Goodin, ISB No. 11184
Megann E. Meier, ISB No. 11948
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701-2720
Telephone (208) 388-1200
Facsimile (208) 388-1300
prestoncarter@givenspursley.com
morgangoodin@givenspursley.com
mem@givenspursley.com

*Counsel for Bunker Hill Mining Corporation and Placer Mining Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRESCENT MINE, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>BUNKER HILL MINING CORPORATION;<br>and PLACER MINING CORPORATION<br>(d/b/a New Bunker Hill Mining Co.),<br><br>      Defendants. | Case No.  2:21-cv-00310-DCN<br><br>**BUNKER HILL MINING CORPORATION AND PLACER MINING CORPORATION'S JOINT MOTION TO FILE OVERLENGTH OPPOSITION BRIEF AND RESPONSE TO STATEMENT OF FACTS** |

Bunker Hill Mining Corporation ("BHMC"), and Placer Mining Corporation ("Placer"),

by and through their respective counsel of record, hereby move this Court for leave to file a joint,

overlength brief in opposition to the Crescent Parties' Motion for Partial Summary Judgment filed on December 2, 2024 (Dkt. 116) ("Opposition") and a joint response to Crescent Parties' Statement of Undisputed Material Facts in Support of Crescent Parties' Motion for Partial Summary Judgment (Dkt. 116-2) ("Response to Statement of Facts").  Given the complex factual background and legal circumstances in this case, as well as the volume of briefing submitted by the Crescent Parties, the additional pages are necessary to fully address and respond to the issues before the Court.

Good cause exists to grant this Motion.  BHMC and Placer have determined that a joint Opposition and Response to Statement of Facts is the most efficient and least duplicative means of responding to the Crescent Parties' pending summary judgment motion.  The Crescent Parties submitted a Memorandum in Support of Crescent Parties' Motion for Partial Summary Judgment with 43 substantive pages of briefing.[1]  Principles of fairness would allow BHMC and Placer at least 43 pages of substantive briefing in response each —totaling 86 pages.  Through a joint Opposition, BHMC and Placer only seek leave from the Court to file a single, joint brief of up to 65 pages of substantive briefing.

Regarding the Response to Statement of Facts, Local Civil Rule 7.1(c)(2) allows BHMC and Placer 10 pages each to submit a statement of material facts—totaling 20 pages.  Through a joint Response to Statement of Facts, BHMC and Placer only seek leave from the Court to file a single, joint response to the statement of facts of up to 18 substantive pages.

---

[1] For purposes of this Motion, the calculation for substantive briefing pages excludes the caption page, table of contents, table of authorities, and appendix.  Including those items, the Memorandum in Support of Crescent Parties' Motion for Partial Summary Judgment is 54 pages long.

**BUNKER HILL MINING CORPORATION AND PLACER MINING CORPORATION'S MOTION TO FILE OVERLENGTH OPPOSITION BRIEF AND RESPONSE TO STATEMENT OF FACTS** - 2

This Motion is made in good faith and with no intent to burden the Court or the parties unnecessarily.  Through this Motion, BHMC and Placer are actually seeking the Court's leave to submit fewer pages than may otherwise be equitable or permitted.  BHMC and Placer have made a good-faith effort to compose a concise Opposition and Response to Statement of Facts that succinctly—but fully—addresses the issues presented.

Based on the foregoing, BHMC and Placer respectfully requests that an Order be entered allowing the filing of a single, joint Opposition brief of up to 65 pages, and a single, joint Response to Statement of Facts page of up to 18 pages.

A proposed Order has been submitted contemporaneously herewith.

DATED this 6th day of January 2025.

HOLLAND & HART LLP

By:/s/Christopher R. Hogle
    Christopher R. Hogle
    Sarah M. Perkins

By:/s/Christopher C. McCurdy
    Murray D. Feldman
    Christopher C. McCurdy

*Attorneys for Bunker Hill Mining Corporation*

DATED this 6th day of January 2025.

GIVENS PURSLEY LLP

By:/s/Preston N. Carter
    Preston N. Carter
    Morgan D. Goodin
    Megann E. Meier

*Attorneys for Placer Mining Corporation*

**BUNKER HILL MINING CORPORATION AND PLACER MINING CORPORATION'S MOTION TO FILE OVERLENGTH OPPOSITION BRIEF AND RESPONSE TO STATEMENT OF FACTS** - 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2025, I filed the foregoing electronically

through the CM/ECF system, which caused the following parties or counsel to be served by

electronic means as more fully reflected on the Notice of Electronic Filing:

Wade C. Foster
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
wade.foster@stoel.com

Maren R. Norton (*Admitted pro hac vice*)
Sean T. James *(Admitted pro hac vice)*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
maren.norton@stoel.com
sean.james@stoel.com

James T. Graves *(Admitted pro hac vice)*
GRAVES ENVIRONMENTAL LAW PLLC
4736 NE 187th Place
Lake Forest Park, WA  98155
james@gravesenvirolaw.com

*Attorneys for Plaintiff*

Preston N. Carter
Morgan D. Goodin
GIVENS PURSLEY LLP
601 W. Bannock Street
P. O. Box 2720
Boise, ID  83701-2720
prestoncarter@givenspursley.com
morgangoodin@givenspursley.com

*Attorneys for Defendant,*
*Placer Mining Corporation*

/s/ Christopher C. McCurdy
Christopher C. McCurdy
for Holland & Hart LLP

33951250_v1

**BUNKER HILL MINING CORPORATION AND PLACER MINING CORPORATION'S MOTION TO FILE OVERLENGTH OPPOSITION BRIEF AND RESPONSE TO STATEMENT OF FACTS** - 4