Wade C. Foster, ISB No. 11105
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040
wade.foster@stoel.com

Maren R. Norton, admitted *pro hac vice*
Sean T. James, admitted *pro hac vice*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
maren.norton@stoel.com
sean.james@stoel.com

James T. Graves, admitted *pro hac vice*
GRAVES ENVIRONMENTAL LAW PLLC
4736 NE 187th Place
Lake Forest Park, WA 98155
Telephone: (206) 889-2330
james@gravesenvirolaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **CRESCENT MINE, LLC,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**BUNKER HILL MINING CORPORATION; PLACER MINING CORPORATION,** (d/b/a New Bunker Hill Mining Co.)**,**<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00310-DCN<br><br>**PLAINTIFF CRESCENT MINE, LLC'S MOTION TO FILE OVERLENGTH BRIEF** |

　　　　Plaintiff Crescent Mine, LLC ("Crescent") respectfully requests leave to: (1) file an overlength combined brief in response to Bunker Hill Mining Corporation's ("BHMC") Motion for Summary Judgment (ECF No. 112) and Placer Mining Corporation's ("Placer") Motion for Summary Judgment (ECF No. 119); and (2) file an overlength reply in support of its Motion for Partial Summary Judgment (ECF No. 116).

Local Rule 7.1 normally limits response briefs to 20 pages and replies to 10 pages. However, this is a complex case that includes two consolidated matters, multiple parties, and a number of issues under both state and federal law. Additionally, BHMC and Placer have each moved for summary judgment and there is overlap in the arguments that they have asserted in their respective motions. Therefore, instead of filing two separate response briefs, to avoid duplication of argument and to provide for judicial economy, Crescent respectfully requests leave to file a single, overlength response brief responding to both BHMC and Placer's motions that will remain within the 40 total pages that Crescent would be permitted if it were to file two separate response briefs.

Relatedly, on January 6, 2024, BHMC and PMC requested leave to file an overlength opposition brief responding to Crescent's Motion for Partial Summary Judgment. ECF 125. On January 8, 2025, the Court entered an order permitting Placer and BHMC to file a 65-page joint opposition to Crescent's Motion for Partial Summary Judgment. ECF 125. Crescent was unable to file a response before BHMC and PMC's motion was granted.

Therefore, in the interest of fairness, Crescent respectfully requests leave to file a reply brief with an increased page limit of 30 pages. If Placer and BHMC require 65 pages — more than 3 times the normal page limit for a response brief — to respond to Crescent's motion for partial summary judgment, it logically follows that Crescent should receive a corresponding increase in the page limit for its reply brief so as to not be disadvantaged in its ability to fully respond to Placer and BHMC's lengthy and/or voluminous arguments. Accordingly, Crescent respectfully requests permission to file up to 30 pages for its reply brief to allow Crescent to fully and fairly respond to the arguments raised by Placer and BHMC in their 65-page joint opposition brief.

DATED this 9th day of January 2025.

                              STOEL RIVES LLP

                              */s/ Maren Norton*
                              Wade C. Foster, ISB No. 11105
                              Maren R. Norton, admitted *pro hac vice*
                              Sean James, admitted *pro hac vice*
                              Attorneys for Plaintiff