# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### MINUTE ENTRY

CIVIL PROCEEDINGS: **Pending Motions [dockets 108, 112, & 116]**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **June 23, 2025** |
| Case No. 2:21-cv-00310-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Coeur d'Alene, ID | Reporter: Anne Bowline |
| | Time: 1:34 – 3:08   PM |

### CRESENT MINE, LLC v. BUNKER HILL MINING CORPORATION, et al.

| | |
|---|---|
| Counsel for Plaintiff: | Maren Norton (arguing), Sean James, & Wade Foster (Roger Gross, client, also at counsel table) |
| Counsel for Defendant: | Preston Carter (arguing), Chris Hogle (arguing), & Chris McCurdy (Sean Ash, client, also at counsel table) |

(X) After hearing argument, the Court took the matter under advisement with a written decision to be forthcoming.